# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBERT ROY HOLMES,
                Appellant,

vs.

WILLIAM R. MILLER,
                Respondent.

No. 82609

FILED

MAR 3 1 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing an appeal from justice court. Eighth Judicial District Court, Clark County; Veronica Barisich, Judge.

Review of the notice of appeal and documents submitted to this court reveals a jurisdictional defect. The district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *Waugh v. Casazza,* 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, this court lacks jurisdiction over this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

21-09294

cc:    Hon. Veronica Barisich, District Judge
        Wilbert Roy Holmes
        William R. Miller
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A